IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-00001 |
| | ) | Judge Trauger |
| JIKINTE LASHANE MORRIS | ) | |
| | ) | |

**O R D E R**

The court is in receipt of a letter with attached "Motion to Suppress And Request For *Franks* Hearing" from defendant Jikinte Morris dated August 15, 2012.

It is hereby **ORDERED** that the Clerk shall file this letter and the attachment as part of the record in this case, but the "Motion" will be considered correspondence from the defendant, not a motion filed in the case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of the letter with attachment and this Order.

It is so **ORDERED.**

Enter this 20th day of August 2012.

_____
ALETA A. TRAUGER
United States District Judge