IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-00001 |
| | ) | Judge Trauger |
| JIKINTE LASHANE MORRIS and | ) | |
| WAYNE HAMPTON, JR. | ) | |

### O R D E R

A status conference was held in this case on August 31, 2012. It is hereby **ORDERED** that the plea deadline for these two defendants to notify the government that they are pleading guilty is Friday, September 7, 2012, at 5:00 p.m. By separate order, the trial of this case is being reset from September 11, 2012 to September 18, 2012.

It is so **ORDERED**.

ENTER this 31st day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge