Motion GRANTED for extension as requested.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:12-cr-00001 |
| | ) | |
| | ) | JUDGE TRAUGER |
| JIKINTE LASHANE MORRIS and | ) | |
| WAYNE HAMPTON, JR. | | |

UNOPPOSED MOTION TO EXTEND PLEA NEGOTIATION DEADLINE

The United States, through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Lynne T. Ingram, Assistant United States Attorney, respectfully requests an extension for plea negotiations, until Monday, September 7, 2012 at 5:00 p.m., for the defendants to notify the government that they are pleading guilty. Both defense counsel have been notified of this request.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

s/ **Lynne T. Ingram**
Lynne T. Ingram
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203-3870
(615)736-5151