## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-00001 |
| | ) | Judge Trauger |
| [1] JIKINTE LASHANE MORRIS | ) | |

### **O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Tuesday, September 18, 2012, at 1:30 p.m.

It is so **ORDERED**.

ENTER this 14th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge