UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE SECTION

*Motion GRANTED conditioned upon the timely filing of waivers of speedy trial by all defendants.*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| VS. | ] | CRIM. CASE NO. 1:12-CR-00001 |
| | ] | JUDGE TRAUGER |
| WAYNE HAMPTON | ] | |

## MOTION TO CONTINUE TRIAL

Comes now the Defendant, through undersigned counsel, and moves this Honorable Court to continue the trial in this cause. As grounds therefore, the Defendant would show as follows:

1. The trial is currently set for January 15, 2013, by Order of this Court. [Doc. No. 93]

2. Counsel for Defendant Hampton has a scheduling conflict with the current trial date. Counsel has a trial in the case of *United States v. Vichitvongsa*, Case No. 3:12-00013, set to commence on January 8, 2013. The trial involves eight co-defendants with numerous charges of drug conspiracy, Hobbs Act robberies as well as numerous weapons charges. The trial is anticipated to last two weeks, and counsel would be unavailable to try Mr. Hampton's case as scheduled.

3. Counsel has spoken with Asst. U.S. Attorney Lynne Ingram, and the government has no opposition to this motion. Counsel has additionally spoken with Ms.