UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

Motion GRANTED.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-00001 |
| v. ) | |
| ) | JUDGE TRAUGER |
| [2] WAYNE HAMPTON, JR. ) | |
| a/k/a "JUNE-B" ) | |
| [3] RAY USSERY ) | |
| [4] | |

## MOTION TO ACCEPT LATE FILING

The United States of America, by and through Lynne T. Ingram, Assistant United States Attorney for the Middle District of Tennessee, requests that this Court accept the late filing of the Consolidated Response to Defendants' Pretrial Motions.

The United States was discussing possible settlements with the remaining co-defendants. Based on these negotiations, Devario McFarland intends to plead guilty and will be filing a notice of intent to change plea. Plea negotiations have ceased as to Wayne Hampton, Jr., and Ray Ussery.

Therefore, the United States request to file the response late.

Respectfully submitted,

DAVID RIVERA
ACTING UNITED STATES ATTORNEY

s\ *Lynne T. Ingram*
LYNNE T. INGRAM
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

1