Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-00001 |
| v. ) | |
| ) | JUDGE TRAUGER |
| [2] WAYNE HAMPTON, JR. ) | |
| a/k/a "JUNE-B" ) | |

## MOTION TO DISMISS

The United States of America, by and through Lynne T. Ingram, Assistant United States Attorney for the Middle District of Tennessee, respectfully requests that this Court dismiss the information filed pursuant to Title 21, United States Code, Section 851(a)(1) against the defendant. (R. 56).

Respectfully submitted,

DAVID RIVERA
ACTING UNITED STATES ATTORNEY

s\ *Lynne T. Ingram*
LYNNE T. INGRAM
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

1