UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | 1:12-00001-4 |
| v. ) | No. 3:12-cr-00001-4 |
| ) | Hon. Aleta A. Trauger |
| ) | |
| **RAY ANTHONY USSERY** ) | |

**MOTION FOR LEAVE TO FILE DEFENDANT'S
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PRETRIAL MOTIONS**

Defendant Ray Ussery, by and through his counsel, hereby respectfully requests leave of court to file a Supplemental Memorandum in Support of Pretrial Motions.

Respectfully submitted,

*s/ William I. Shockley,* BPR #26137
Attorney for Defendant
4505 Harding Road, Ste. 126
Nashville, Tennessee 37205
Tel 615. 497.8550
Fax 615.730.9741

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served by electronic means through the CM/ECF filing system on the 2nd day of May, 2013 Lynne T. Ingram and Van S. Vincent, Assistant United States Attorneys, and to counsel of record.

*s/ William I. Shockley*