# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.     ) | Criminal No. 1:12-00001 |
| ) | Judge Trauger |
| [2] WAYNE HAMPTON, JR., a/k/a "June-B", ) | |
| [3] DEVARIO MCFARLAND, a/k/a "Sug", and ) | |
| [4] RAY USSERY ) | |

### **O R D E R**

It is hereby **ORDERED** that a pretrial conference shall be held in this case on Thursday, May 9, 2013, at 10:30 a.m.

It is so **ORDERED**.

ENTER this 6th day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge