IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-00001 |
| | ) | Judge Trauger |
| [2] WAYNE HAMPTON, JR., a/k/a "June-B", | ) | |
| [3] DEVARIO MCFARLAND, a/k/a "Sug", and | ) | |
| [4] RAY USSERY | ) | |

## NOTIFICATION TO THE PARTIES

The parties are hereby notified that the court is furnishing a copy of defendant Ussery's Supplemental Memorandum (Docket No. 138) to the United States Attorney and to the Chief of the Criminal Division in the United States Attorney's Office for their review, given the nature of the allegations contained therein. This matter will be discussed at the pretrial conference to be held in this case on Thursday, May 9, 2013.

It is so **ORDERED**.

ENTER this 6th day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge