IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-00001 |
| | ) | Judge Trauger |
| [3] DEVARIO MCFARLAND | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that the defendant's Request For Change of Plea Hearing (Docket No. 151) is **GRANTED**. This case is set for a change of plea hearing on Monday, May 20, 2013, at 9:00 a.m.

It is so **ORDERED**.

ENTER this 8th day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge