IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-00001 |
| | ) | Judge Trauger |
| [4] RAY USSERY | ) | |

**O R D E R**

It is hereby **ORDERED** that the sentencing scheduled for November 26, 2013 is **RESET** for Monday, November 25, 2013, at 9:30 a.m.

It is so **ORDERED**.

ENTER this 14th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge